In the Matter of the Probate of the Will of DAVID M.
SHULER, Deceased, and the Appointment of an Admin-
istratrix with the Will Annexed.

ELZINIA L. JOY et al., as Administrators of the Estate of
ESTHER L. SHULER, Deceased, et al., Appellants;
WILLIAM SHULER et al., Respondents.

*Matter of Shuler*, 148 App. Div. 903, affirmed.
(Argued October 1, 1912; decided October 15, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 17, 1912, which affirmed a decree of the Mont-
gomery County Surrogate's Court denying an application
for the probate of the alleged will of David M. Shuler,
deceased.

*N. J. Herrick* and *Howard H. Borst* for appellants.

*Harry Sherburne* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.